UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARCELLA BRYSON,

    Plaintiff,

v.                                        Case No.: 2:19-cv-250-FtM-38NPM

WAL-MART STORES EAST LP,

    Defendant.
_____/

## ORDER[1]

Before the Court is Plaintiff's Unopposed Amended Motion for the Court to Defer Consideration of Summary Judgment (Doc. 30) filed on January 16, 2020. Pursuant to Federal Rule of Civil Procedure 56(d), Plaintiff requests that the Court defer consideration of Defendant's Motion for Summary Judgment (Doc. 26) so that additional discovery may be completed. Because discovery does not close until July 1, 2020, and the parties agree, the Motion will be granted.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's Unopposed Amended Motion for the Court to Defer Consideration of Summary Judgment (Doc. 30) is **GRANTED**.

(2) Defendant's Motion for Summary Judgment (Doc. 26) is **DENIED AS MOOT**.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of February, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record